IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | No. CIV S-03-0423-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| C.K. PLILER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2005, plaintiff filed and served a notice of change of address indicating his current address in Represa, California. Since then, several orders served by the Clerk of the Court on plaintiff at his address of record have been returned by the U.S. Post Office as undeliverable. While plaintiff's April 13, 2005, filing indicates an address in Vacaville, California, plaintiff has not filed a new notice of change of address or otherwise informed the court and defendants of a new address as required by Eastern District of California Local Rule 83-183(b).

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules.  See Local Rule 11-110.  If the
4 Represa address is no longer plaintiff's current address, plaintiff shall also file and serve,
5 simultaneous with his response to this order to show cause, a notice of change of address.  The
6 Clerk is directed to serve this order on plaintiff at his address of record and at the following
7 address, as shown on plaintiff's April 13, 2005, filing:

        Barry Lamon
        P.O. Box 2000
        Vacaville, CA 95696-2000

DATED:  September 21, 2005.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE