**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY LAMON, | No. CIV S-03-0423-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Before the court is plaintiff's motion for an extension of time to respond to the court's September 22, 2005, order to show cause.  Good cause appearing therefor, plaintiff will be granted the requested extension of time.

      Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules, for the reasons set forth in the court's September 22, 2005, order.  See Local Rule 11-110.  If the Represa address is no longer plaintiff's current address, plaintiff shall also file and serve, simultaneous with his response to this order to show cause, a notice of change of address.  The Clerk is directed to serve this order

1

1  on plaintiff at his address of record and at the following address, as shown on plaintiff's April 13,
2  2005, filing:

3        Barry Lamon
         P.O. Box 2000
4        Vacaville, CA 95696-2000

5

6  DATED:  October 17, 2005.

7

8                                         _____
                                          **CRAIG M. KELLISON**
9                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26