1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   BARRY LAMON,                                No. CIV S-03-0423-FCD-CMK-P

12              Plaintiff,

13        vs.                                    <u>ORDER</u>

14   C.K. PLILER, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil

18   rights action pursuant to 42 U.S.C. § 1983.  On September 22, 2005, the court directed plaintiff to

19   show cause in writing why this action should not be dismissed for failure to inform the court and

20   defendants of a change of address, as required by Eastern District of California Local Rule 83-

21   183(b).  Based on plaintiff's recent filings, it appears that the court's docket now reflects

22   plaintiff's correct address.   The order to show cause will, therefore, be discharged.

23              A review of the docket reflects that, on February 1, 2005, the court issued findings

24   and recommendations regarding defendants' motion to dismiss for failure to exhaust

25   administrative remedies.  The findings and recommendations were adopted in full by order issued

26   on April 28, 2005.  Pursuant to that order, plaintiff's unexhausted claims were dismissed without

                                              1

1  prejudice.  The order also contemplates that plaintiff will file a fourth amended complaint which

2  omits unexhausted claims, thereby allowing this action to proceed on exhausted claims only.  The

3  court will hereby set a date by which plaintiff must comply.  Plaintiff shall not allege any

4  additional claims, or name any additional defendants.  Plaintiff is warned that failure to file an

5  amended complaint within the time provided in this order may be grounds for dismissal of this

6  action.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-01 (9th Cir. 1992); see also Local Rule 11-

7  110.

8              Accordingly, IT IS HEREBY ORDERED that:

9              1.       The court's September 22, 2005, order to show cause is discharged;

10             2.       Plaintiff shall file and serve on defendants a fourth amended complaint

11  which omits unexhausted claims within 30 days of the date of service of this order; and

12             3.       Defendants shall file a response to plaintiff's fourth amended complaint

13  within 20 days of the date of service thereof.

14

15  DATED:   November 8, 2005.

16

17                                                          _____

          **CRAIG M. KELLISON**
18          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26