IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | No. CIV S-03-0423-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions for a temporary restraining order and preliminary injunctive relief (Docs. 76 & 77). On January 13, 2006, the court issued findings and recommendations that the motions be denied. Plaintiff has filed objections to the findings and recommendations.

In light of plaintiff's objections, and for the good of the record, the court finds it appropriate for defendants to respond to plaintiff's motions before referring the matter to the District Judge assigned to this case. Therefore, the January 13, 2006, findings and recommendations will be vacated and, upon filing of defendants' response, plaintiff's motions will stand submitted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The January 13, 2006, findings and recommendations are vacated; and

2. Within 20 days from the date of service of this order, defendants shall file a response to plaintiff's motions for a temporary restraining order and preliminary injunctive relief.

DATED: February 6, 2006.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE