1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 BARRY LAMON,                                    No. CIV S-03-0423-FCD-CMK-P

12          Plaintiff,

13   vs.                                                ORDER

14 C.K. PLILER, et al.,

15          Defendants.

16 _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19 Eastern District of California local rules.

20          On August 17, 2006, the magistrate judge filed findings and recommendations

21 herein which were served on plaintiff and which contained notice to plaintiff that any objections

22 to the findings and recommendations were to be filed within ten days.  Plaintiff has filed

23 objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26 file, the court finds the findings and recommendations to be supported by the record and by

1

1   proper analysis.

2           Accordingly, IT IS HEREBY ORDERED that:

3           1.      The findings and recommendations filed August 17, 2006, are adopted in

4                   full;

5           2.      Plaintiff's request for a hearing (Doc. 100) is denied; and

6           3.      Plaintiff's motions for injunctive relief (Doc. 76, 77 & 111) are denied as

7   moot.

8   DATED: September 6, 2006

9                                           /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL JR.
10                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26