IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,                                      No. CIV S-03-0423-FCD-CMK-P

        Plaintiff,

   vs.                                                   ORDER

C.K. PLILER, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On June 25, 2007, plaintiff filed a document entitled "Plaintiff's Forced Abandonment of His Case Due to Ongoing Interference and Reprisals by Prison Officials" (Doc. 151).  With this document, plaintiff submitted to the Clerk of the Court what appears to be all of his original documents associated with this case.  Within 30 days of the date of this order, plaintiff shall inform the court whether he would like these documents returned, at no cost to him.  If plaintiff does not respond within the time permitted, the court will not retain the original documents.

/ / /

/ / /

1         Accordingly, IT IS HEREBY ORDERED that, within 30 days of the date of this

2  order, plaintiff shall inform the court whether he would like his original documents returned.

3

4  DATED:   August 15, 2007.

5

6  **CRAIG M. KELLISON**

7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26