IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | No. CIV S-03-0423-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2007, plaintiff filed a document indicating that the conduct of prison officials had thwarted his prosecution of the instant action such that he was forced to abandon the case. With the filing, plaintiff submitted to the court his entire file of original documents. On August 16, 2007, the court directed plaintiff to inform the court within 30 days whether he would like his original documents returned. On September 19, 2007, plaintiff filed a document requesting that his original documents be returned.

/ / /

/ / /

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 return to plaintiff his original documents.

DATED: December 27, 2007

                                        */s/ Craig M. Kellison*
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE