IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,                                                    No. CIV S-03-0423-FCD-CMK-P

        Plaintiff,

   vs.                                                                         ORDER

C.K. PLILER, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On December 19, 2007, the magistrate judge filed separate findings and recommendations (Docs. 192 and 193) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  Timely objections to the findings and recommendations have been filed.[1]

---

[1] Plaintiff has filed documents entitled "Plaintiff's Local Rule 78-230(m) Application for Reconsideration of the findings and Recommendations of the Magistrate Judge: (Docs. 198, 199, 201, and 202), which the court construes as plaintiff's objections.  Therefore, plaintiff's request for an extension of time to file objections (Doc. 200) is moot.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2007 (Docs. 192 and 193), are both adopted in full;

2. Plaintiff's motions for injunctive relief (Docs. 139, 140, 141, 146, 148, 149, 152, and 177) are denied;

3. Defendants' motion for judgment on the pleadings (Doc. 156) is construed as a motion to dismiss and, so construed, is granted;

4. Plaintiff's religious diet claim is dismissed with prejudice; and

5. Defendants Pliler and Hawthorne are dismissed as defendants to this action.

DATED: February 4, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE