IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | No. CIV S-03-0423-FCD-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> <u>AND WRIT OF</u> |
| LYTLE, et al., | <u>HABEAS CORPUS AD TESTIFICANDUM</u> |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff Barry Lamon, inmate #E-08345, a necessary and material witness in proceedings in this case, is confined at California State Prison – Corcoran, in the custody of the Warden of that institution. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court at Courtroom 2 of the United States Courthouse, 501 'I' Street, Sacramento, California on **September 15, 2008, at 10:00 a.m.** for a trial confirmation hearing, and also on **October 21, 2008, at 9:00 a.m.** for trial.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the dates, times, and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the California Department of Corrections and Rehabilitation Out-To-Court Desk, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   Warden Derral G. Adams, California State Prison – Corcoran
      P.O. Box 8800
      Corcoran, California 93212-8309

**WE COMMAND** you to produce inmate Barry Lamon (E-08345) to testify before the United States District Court at the dates, times, and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE