IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,    No. CIV S-03-0423-FCD-CMK-P

    Plaintiff,

  vs.    ORDER

LYTLE, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for issuance of subpoenas (Docs. 224 and 226).  In these requests, plaintiff seeks an order directing the Clerk of the Court to issue subpoenas duces tecum, apparently for the production of documents.  Because discovery is closed, the requests will be denied.

    IT IS SO ORDERED.


DATED: July 23, 2008

                                     _____
                                     CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE

1