# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | No. CIV S-03-0423-CMK-P |
| Plaintiff, | |
| vs. | AMENDED ORDER |
| LYTLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. At a trial confirmation hearing held before the district judge on September 15, 2008, the parties indicated orally on the record that they consent to have this case assigned to a United States Magistrate Judge for all purposes, including trial. The jury trial in this matter is hereby re-set to commence before the undersigned on February 3, 2009, at 9:00 a.m. in Courtroom 9 at the United States District Court in Sacramento, California.

IT IS SO ORDERED.

DATED: September 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1