IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | No. CIV S-03-0423-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| LYTLE, et al., | |
| Defendants. | |
| _____/ | |

The following individuals, who are necessary and material witnesses in proceedings in this case, are confined at California State Prison – Sacramento, in the custody of the Warden of that institution:

> **Weaver, inmate #J-62752,**
> **Cotton, inmate #T-24647,**
> **Moore, inmate #D-35681,**
> **Guinn, inmate #H-73336,** and
> **Wilson, inmate #H-60032.**

In order to secure these inmates' attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmates in court at Courtroom 2 of the United States Courthouse, 501 'I' Street, Sacramento, California on **June 2, 2009, at 9:00 a.m.** for trial.

1

Accordingly, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmates named above to testify in United States District Court at the date, time, and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the California Department of Corrections and Rehabilitation Out-To-Court Desk, P.O. Box 290007, Represa, California 95671.

DATED: October 8, 2008

```
                                    /s/ Craig M. Kellison
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:  Warden James Walker, California State Prison – Sacramento
P.O. Box 290002
Represa, California 95671-002

**WE COMMAND** you to produce inmates Weaver (J-62752), Cotton (T-24647), Moore (D-35681), Guinn (H-73336), and Wilson (H-60032) to testify before the United States District Court at the date, time, and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.