EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
MARTA C. BARLOW, State Bar No. 230294
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 Email: Marta.Barlow@doj.ca.gov

Attorneys for Defendants Murphy, Lytle, Loredo and Scicluna

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY LAMON,**<br><br>    Plaintiff,<br><br> v.<br><br>**C.K. PLILER, et al.,**<br><br>    Defendants. | 2:03-CV-0423 WBS CMK P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULED TRIAL DATE** |

  The Court, having considered Defendants' request to modify the schedule, and good cause showing, orders that the currently scheduled date for Jury Trial in Courtroom 2 on June 2, 2009, at 9:00 a.m. is VACATED, and RESET to February 2, 2010, at 9:00 a.m. before the Honorable Frank C. Damrell, Jr. The Trial Confirmation Hearing currently set for April 6, 2009, at 10:00 a.m. is also VACATED and RESET for November 30, 2009, at 10:00 a.m. before the Honorable Frank C. Damrell, Jr.

  IT IS SO ORDERED.

Dated: March 6, 2009

                       _____
                       FRANK C. DAMRELL, JR.
                       UNITED STATES DISTRICT JUDGE