# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * **
                                *
BARRY LAMON,                    *   No. 2:03-cv-00423-AK
                                *
        Plaintiff,              *
                                *
    v.                          *
                                *
D. LYTLE, et al.,               *   ORDER
                                *
        Defendants.             *
                                *
                                *
* * * * * * * * * * * * * * * * **
```

The trial confirmation hearing scheduled for November 30, 2009 at 10:00 a.m. will occur by videoconference.

The Attorney General's office shall make arrangements for plaintiff to be available by videoconference for this hearing and shall contact Rob Johnson (626.229.7153) by November 25, 2009 to advise the court of how the plaintiff may be reached the day of the hearing. The plaintiff shall be available ten minutes prior to the hearing so the clerk may initiate the videoconference.

page 2

November 16, 2009

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation