UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * *
                               *
BARRY LAMON,                   *   No. 2:03-cv-00423-AK
                               *
       Plaintiff,              *
                               *
   v.                          *
                               *
D. LYTLE, et al.,              *   ORDER
                               *
       Defendants.             *
                               *
                               *
* * * * * * * * * * * * * * * *
```

    Plaintiff Barry Lamon, inmate #E-08345 is confined at California State Prison – Corcoran, in the custody of the Warden of that institution.  It is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via videoconference on November 30, 2009 at 10:00 a.m. for a trial confirmation hearing.

    Accordingly, it is hereby ordered that:

    **1.** A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by videoconference in United States District Court at the date and time above, until

page 2

completion of the proceedings or as ordered by the court;

2. The custodian shall notify the court of any change in custody of this inmate and shall provide any new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Warden, California State Prison – Corcoran, P.O. Box 8800, Corcoran, CA 93212-8309

**WE COMMAND** you to produce inmate Barry Lamon (E-08345) to testify by videoconference before the United States District Court at the date and time above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide any new custodian with a copy of this writ.

November 16, 2009

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation