UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                 *
BARRY LAMON,                     *   No. 2:03-cv-00423-AK
                                 *
     Plaintiff,                  *
                                 *
     v.                          *
                                 *
D. LYTLE, et al.,                *   ORDER
                                 *
     Defendants.                 *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

Trial in this matter is scheduled for Monday, March 29, 2010, at 10:00 a.m. in Courtroom 3 of the Robert T. Matsui United States Courthouse in Sacramento.

December 14, 2009

ALEX KOZINSKI  
Chief Circuit Judge  
Sitting by designation