UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * * * * * * * * * * *
*
| BARRY LAMON, | * | No. 2:03-cv-00423-AK |
| Plaintiff, | * | |
| v. | * | |
| D. LYTLE, et al., | * | ORDER |
| Defendants. | * | |

* * * * * * * * * * * * * * * *

Plaintiff Barry Lamon, inmate #E-08345, is confined at California State Prison – Sacramento, in the custody of the Warden of that institution. It is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court at Courtroom 3 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California on Monday, March 29, 2010, and Tuesday, March 30, 2010, at 10:00 a.m. for trial.

Accordingly, it is hereby ordered that:

**1.** A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify

page 2

in United States District Court at the date, time and place above, until completion of the proceedings or as ordered by the court;

    **2.** The custodian shall notify the court of any change in custody of this inmate and shall provide any new custodian with a copy of this writ.

    **3.** The Clerk of Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the California Department of Corrections and Rehabilitation Out-To-Court Desk, P.O. Box 290007, Represa, CA 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**     **Warden, California State Prison – Sacramento, P.O. Box 290002 Represa, CA 95671-0002**

**WE COMMAND** you to produce inmate Barry Lamon (E-08345) to testify before the United States District Court at the date, time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide any new custodian with a copy of this writ.

March 5, 2010

*ALEX KOZINSKI*
Chief Circuit Judge
Sitting by designation